IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY EDWARDS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-05-512-M |
| ) | |
| RON WARD, ) | |
| ) | |
| Respondent. ) | |

### ORDER

On October 30, 2006, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for writ of habeas corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on October 30, 2006;

(2) DENIES the petition for a writ of habeas corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 13th day of December, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE